# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

136057

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re Estate of FRANCES CHIPCHASE, Deceased.
_____

JERRY W. CHIPCHASE,
      Petitioner-Appellant,

v

DON R. CHIPCHASE, JR., Personal
Representative of the Estate of FRANCES
CHIPCHASE,
      Respondent-Appellee,

and

RICHARD CHIPCHASE,
      Appellee.
_____/

SC: 136057
COA: 274599
Ingham Probate Court:
01-000237-DE

On order of the Court, the application for leave to appeal the December 18, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

Clerk

s0519